UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

KATHY SHADWRICK, )
)
    Plaintiff )
)
vs. ) Case No. 4:15-cv-01729-KOB
)
COMMISSIONER, SOCIAL SECURITY )
ADMINISTRATION, )
)
    Defendant )

## MEMORANDUM OPINION

On January 5, 2018, the magistrate judge entered a report and recommendation and allowed the parties therein fourteen days in which to file objections to the recommendations made by the magistrate judge. (Doc. 22). On January 8, 2018, the plaintiff filed objections to the report and recommendation. (Doc. 23). On January 18, 2018, the defendant filed a response to the plaintiff's objections (doc. 24), to which the plaintiff then filed a reply (doc. 26).

After careful consideration of the record in this case, the magistrate judge's report and recommendation, the plaintiff's objections, and the defendant's response, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge that the decision of the Commissioner be affirmed and OVERRULES the plaintiff's objections.

The court will enter a separate order in conformity with this Memorandum Opinion.

DONE and ORDERED this 6th day of March, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE